Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-625**

**Effective Date of Registration:**
August 19, 2025
**Registration Decision Date:**
August 21, 2025



## Title

           **Title of Work:** Conch Republic

## Completion/Publication

     **Year of Completion:** 2019
    **Date of 1st Publication:** August 20, 2019
  **Nation of 1st Publication:** United States

## Author

-              **Author:** Ellen Lynn Negley
     **Author Created:** 2-D artwork
         **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Ellen Lynn Negley
                          1115 N Ocean Breeze, Lake Worth Beach, FL, 33460, United States

## Rights and Permissions

              **Name:** Ellen Lynn Negley
              **Email:** emilio.negleywatercolors@gmail.com
          **Address:** 1115 N Ocean Breeze
                            Lake Worth Beach, FL 33460 United States

## Certification

                **Name:** David Denholm
                  **Date:** August 19, 2025
  **Applicant's Tracking Number:** EN2025081905



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-621**

**Effective Date of Registration:**
August 19, 2025

**Registration Decision Date:**
August 21, 2025

---

## Title

    **Title of Work:** Hemingway House

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** September 29, 2020
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Ellen Lynn Negley
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Ellen Lynn Negley
    1115 N Ocean Breeze, Lake Worth Beach, FL, 33460, United States

## Rights and Permissions

    **Name:** Ellen Lynn Negley
    **Email:** emilio.negleywatercolors@gmail.com
    **Address:** 1115 N Ocean Breeze
    Lake Worth Beach, FL 33460 United States

## Certification

    **Name:** David Denholm
    **Date:** August 19, 2025
    **Applicant's Tracking Number:** EN2025081901



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-623**

**Effective Date of Registration:**
August 19, 2025

**Registration Decision Date:**
August 21, 2025



## Title

    **Title of Work:** Key West Characters

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** November 02, 2017
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Ellen Lynn Negley
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Ellen Lynn Negley
    1115 N Ocean Breeze, Lake Worth Beach, FL, 33460, United States

## Rights and Permissions

    **Name:** Ellen Lynn Negley
    **Email:** emilio.negleywatercolors@gmail.com
    **Address:** 1115 N Ocean Breeze
    Lake Worth Beach, FL 33460 United States

## Certification

    **Name:** David Denholm
    **Date:** August 19, 2025
    **Applicant's Tracking Number:** EN2025081903



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-458-624**
Effective Date of Registration:
August 19, 2025
Registration Decision Date:
August 21, 2025

## Title

Title of Work: Key West Cruiser

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: June 15, 2019
Nation of 1st Publication: United States

## Author

- Author: Ellen Lynn Negley
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ellen Lynn Negley
1115 N Ocean Breeze, Lake Worth Beach, FL, 33460, United States

## Rights and Permissions

Name: Ellen Lynn Negley
Email: emilio.negleywatercolors@gmail.com
Address: 1115 N Ocean Breeze
Lake Worth Beach, FL 33460 United States

## Certification

Name: David Denholm
Date: August 19, 2025
Applicant's Tracking Number: EN2025081904



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-622**

**Effective Date of Registration:**
August 19, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

    **Title of Work:** Sea You at the Beach

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** January 12, 2023
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Ellen Lynn Negley
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Ellen Lynn Negley
    1115 N Ocean Breeze, Lake Worth Beach, FL, 33460, United States

## Rights and Permissions

    **Name:** Ellen Lynn Negley
    **Email:** emilio.negleywatercolors@gmail.com
    **Address:** 1115 N Ocean Breeze
    Lake Worth Beach, FL 33460 United States

## Certification

    **Name:** David Denholm
    **Date:** August 19, 2025
    **Applicant's Tracking Number:** EN2025081902

